UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:09CR20013-001 |
| | ) | |
| MARIA DELORES OCHO | ) | |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on February 25, 2009, be on the same day hereby dismissed without prejudice.

Entered on this 14th day of August, 2009

Robert T. Dawson
United States District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 1 4 2009

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK